Anna S. McLean (No. 142233)
Anna.McLean@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>                          Plaintiff,<br><br>     v.<br><br>DUC C. DUONG, *et al.*,<br><br>                          Defendants. | Case No.: S-03-0825-WBS-DAD<br><br>**STIPULATION TO SET ASIDE DEFAULT JUDGMENT IN FAVOR OF CONSENT JUDGMENT AS TO DEFENDANT DIANA NGUYEN, INDIVIDUALLY AND DOING BUSINESS AS 98 MARKET** |

Plaintiff Philip Morris USA Inc. ("Philip Morris USA") and Defendant Diana Nguyen hereby stipulate to set aside the Default Judgment and Permanent Injunction ("Default Judgment") entered in this action as to Defendant Diana Nguyen, for the following reasons:

1. A Default Judgment was entered against Defendant Diana Nguyen and Defendant Vien Nguyen on November 26, 2003.

2. Defendant Diana Nguyen has paid $5,000 to Philip Morris USA in full satisfaction of the monetary component of the Default Judgment entered against Defendants Diana Nguyen and Vien Nguyen.

3. Philip Morris USA and Defendant Diana Nguyen have stipulated to entry of a Consent Judgment and Permanent Injunction ("Consent Judgment") as to Defendant Diana Nguyen.

4. Pursuant to such stipulation, a Consent Judgment as to Defendant Diana Nguyen was signed on or about October 16, 2007, and is filed concurrently herewith.

5. The undersigned agree that the Consent Judgment and not the Default Judgment should apply as to Defendant Diana Nguyen and hereby request the Court to order that the Default Judgment as to Defendant Diana Nguyen be set aside.

IT IS SO STIPULATED.

DATED: October 17, 2007          HELLER EHRMAN LLP

                                 By /s/ Anna S. McLean
                                         ANNA S. McLEAN
                                 Attorneys for Plaintiff
                                 PHILIP MORRIS USA INC.

STIPULATION TO SET ASIDE DEFAULT JUDGMENT IN FAVOR OF CONSENT JUDGMENT AS TO DEFENDANT DIANA NGUYEN, INDIVIDUALLY AND DBA 98 MARKET

DATED: October 16, 2007          LAW OFFICES OF DONALD L. VANCE


                                 By /s/ Donald L. Vance
                                       DONALD L. VANCE
                                 Counsel for Defendant Diana Nguyen,
                                  individually and doing business as 98 Market

# **ORDER**

Having read the above stipulation and good cause shown, it is therefore Ordered as follows:

(1) The monetary component of the Default Judgment entered against Defendant Diana Nguyen and Defendant Vien Nguyen is fully satisfied;

(2) The Consent Judgment and not the Default Judgment shall apply as to Defendant Diana Nguyen, individually and doing business as 98 Market;

(3) The Default Judgment as to Defendant Diana Nguyen, individually and doing business as 98 Market, shall be set aside; and

(4) The non-monetary provisions of the Default Judgment entered against Defendant Vien Nguyen remain in full force and effect.

IT IS SO ORDERED.

DATED:  October 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE